**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| ELENA YRIS ROSARIO MENA, | : | |
| Plaintiff | : | Civil Action 2:09-cv-00484 |
| v. | : | Judge Marbley |
| PETSMART, INC., | : | Magistrate Judge Abel |
| Defendant. | : | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the October 9, 2009 Order, the Court ADOPTS the Report and Recommendation. This action is DISMISSED.

Date: **October 9, 2009**            **James Bonini, Clerk**

　　　　　　　　　　　　　　　　　　s/Betty L. Clark
　　　　　　　　　　　　　　　　　　Betty L. Clark/Deputy Clerk